# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 18th day of November, two thousand twenty-five.

Jane Doe,

        Plaintiff - Appellant,

  v.

Sean Combs, Daddy's House Recordings, Inc., CE OPCO, LLC, DBA Combs Global, FKA Combs Enterprises, LLC, Bad Boy Entertainment Holdings, Inc., Bad Boy Productions Holdings, Inc., Bad Boy Books Holdings, Inc., Bad Boy Entertainment, LLC, Bad Boy Productions LLC, Organizational Does 1−10, Individual Does 1-10,

        Defendants - Appellees,

Bad Boy Records, LLC,

        Defendant.

**ORDER**

Docket No. 25-991

    Eugene Volokh moves for leave to file an amicus brief in support of the Appellees.

    IT IS HEREBY ORDERED that the motion is REFERRED to the panel that will determine the merits of the appeal.

    For the Court:

    Catherine O'Hagan Wolfe,
    Clerk of Court

